## Blackman v. Perry Mason Shoe Co.

APPEAL from Dale Circuit Court.

Tried before the Hon. JOHN R. TYSON.

H. L. MARTIN, for appellant.

M. E. MILLIGAN, contra.

The proceedings in this case arose upon a contest of exemptions, instituted by the appellee contesting the claim of exemptions of appellant to certain property levied upon under an execution in favor of the appellee. The claim was decided in favor of the contestant. Judgment affirmed.

Opinion by HARALSON, J.